**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MICHAEL NAGLE,

        Plaintiff,

        -against-

GRACENOTE DIGITAL VENTURES, LLC,

        Defendant.
------------------------------------------------------------x

20-CV-3005 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

Defendant's motion to compel certain discovery in aid of settlement is **GRANTED**. By **November 25, 2020**, Plaintiff is directed to provide Defendant with:

(1) The certificate of registration for the photograph at issue;

(2) Evidence establishing that the photograph was registered prior to the filing of the complaint;

(3) Evidence establishing that the photograph was the subject of the group registration referenced in the complaint; and

(4) Evidence, if any, refuting Plaintiff's apparent assignment of the photograph to the LA Times.

Failure to comply with this order will result in a report to the District Judge that continuing settlement discussions will be a waste of judicial resources at this time.

The Court will hold a follow-up telephonic pre-settlement call on **December 2, 2020 at 4:00 p.m.** The dial-in information is as follows:

- Telephone Number: 866-390-1828

- Access Code: 1582687

The Clerk is respectfully directed to close ECF 20.


**SO ORDERED.**


|  |  |
|---|---|
| Dated: November 4, 2020<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |